JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LEROY BACA, deceased by and through his Successor in Interest, MONICA BACA,<br><br>Plaintiffs<br><br>vs.<br><br>CAMBRIDGE SIERRA HOLDINGS, LLC doing business as RECHE CANYON REGIONAL REHABILITATION CENTER, LLC, a California limited liability company, DOE PHYSICIANS 1 – 50, DOE PHARMACY 1 THROUGH 10, DOE PHARMACISTS 1-50, and DOES 1 – 300,<br><br>Defendants, | CASE NO. 5:23-CV-00938-MCS-MRW<br><br>Hon. Mark C. Scarsi<br><br>**ORDER ON AMENDED STIPULATION TO REMAND CASE BACK TO STATE COURT (ECF No. 18)**<br><br>Complaint Filed: February 9, 2023 |

## ORDER ON AMENDED STIPULATION TO REMAND ACTION

**THE COURT,** having read and considered the parties' Amended Stipulation to Remand Case Back to State Court, determines that it lacks subject-matter jurisdiction over the action and orders as follows:

1. The amended stipulation is accepted, and the relief sought therein is granted.

2. This action is remanded to the originating venue, Superior Court of California for the County of San Bernardino.

**IT IS SO ORDERED.**

DATED: June 20, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE